DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

PRICE v. PENNEY CO.

No. 185 PC.

Case below: 26 N.C. App. 249.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.

RORIE v. BLACKWELDER

No. 177 PC.

Case below: 26 N.C. App. 195.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.

SMITH v. FORD MOTOR CO.

No. 184 PC.

Case below: 26 N.C. App. 181.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 25 August 1975.

STATE v. ANDERSON

No. 9 PC.

Case below: 26 N.C. App. 422.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.

STATE v. BAKER

No. 30 PC.

Case below: 26 N.C. App. 605.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.